02-10-459,460,461-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NOS. 02-10-00459-CV

                                                      02-10-00460-CV

                                                      02-10-00461-CV

 

 

 


 
 
 Bruce McConnell
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 APPELLEE
 
 


 

 

------------

 

FROM THE 211th
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On January
25, 2012, we notified appellant that his brief had not been filed as required
by Texas Rule of Appellate Procedure 38.6(a).  See Tex. R. App. P.
38.6(a).  We stated we could dismiss these appeals for want of prosecution
unless appellant or any party desiring to continue these appeals filed with the
court within ten days a response showing grounds for continuing the appeals.  See
Tex. R. App. P. 42.3.  We have not received any response.

Because
appellant’s brief has not been filed, we dismiss these
appeals for want of prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b),
43.2(f).

 

 

                                                                   PER
CURIAM

 

PANEL: 
DAUPHINOT,
GARDNER, and WALKER, JJ.

 

DELIVERED: 
February 23, 2012









[1]See
Tex. R. App. P. 47.4.